AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| MANIELA JOSEPH | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   0:26-cv-60429-DSL |
| PEOPLEREADY FLORIDA, INC.  and | ) |
| TRUEBLUE, INC | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TRUEBLUE, INC c/o Registered Agent:
Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSC1
Tumwater, Washington 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DANIEL B REINFELD
DANIEL B REINFELD PA
2450 Hollywood Blvd., Suite 706
Hollywood, FL 33020
Telephone: (954) 923-6110
E-Mail: dan@reinfeldlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Feb 17, 2026
_____



**SUMMONS**

*s/ Micky Quezada*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court